

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Majorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant's brief was originally due May 8, 2017. After this court struck appellant's original brief for failure to comply with the briefing rules, appellant's amended brief was due July 17, 2017. Appellant has filed a motion for extension of time asking for an additional seven days in which to file his amended brief. After review, we GRANT appellant's motion and ORDER appellant to file his brief in this court on or before July 24, 2017. Appellant is reminded that in his motions, he is required to include a "certificate of conference" showing he has conferred about the merits of the motion with counsel for appellee and whether counsel is opposed or unopposed to the motion. See Tex. R. App. P. 10.1(a)(f). Appellant should include a certificate of conference in any future motions filed in this court.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk